# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| FIH (HONG KONG) LIMITED | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1255-S |
| EMBLEM SOLUTIONS LLC | § | |

**ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF/PETITIONER EMBLEM SOLUTIONS LLC's AMENDED PETITION FOR CONFIRMATION OF ARBITRATION AWARD**

Before the Court is Defendant/Counter-Plaintiff/Petition Emblem Solutions LLC's ("Emblem") Amended Petition for Confirmation of Arbitration Award (the "Amended Petition") [ECF No. 44] pursuant to the Federal Arbitration Act, 9 U.S.C. § 201 et seq., and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention"). Emblem's Petition for Confirmation of Arbitration Award [ECF No. 33] was amended on November 24, 2025, to include a certificate of conference but was otherwise unchanged. Plaintiff/Counter-Defendant/Respondent FIH (Hong Kong) Limited ("FIH") is unopposed to Emblem's Petition.

The Court, having reviewed the Petition, the accompanying exhibits, and the applicable law, finds as follows:

1. The Court has jurisdiction over this matter pursuant to 9 U.S.C. § 203 and 28 U.S.C. § 1331.

2. Venue is proper in this District pursuant to 9 U.S.C. § 204, 28 U.S.C. § 1391, and the Parties' Arbitration Agreement.

3. The Arbitration Panel entered its Final Award on November 18, 2024. Pursuant to the parties' arbitration agreement, an Appellate Arbitration Tribunal seated in Dallas, Texas, heard an arbitrated appeal and issued its Final Appellate Award Confirming in Part and Substituting in part the Arbitration Panel's Final Award (the "Award") on September 8, 2025.

4. The Award is final, binding, and enforceable under the New York Convention.

5. No grounds exist under Article V of the New York Convention or Sections 10 or 11 of the Federal Arbitration Act to refuse confirmation of the Award.

6. This action presents more than one claim for relief, and the Petition for Confirmation of Arbitration Award is a separate claim from relief from the pending Complaint and Counterclaim before the Court.

7. Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of final judgment as to the Petition for Confirmation of Arbitration Award. *See Hall Street Associates, LLC v. Mattel*, 552 U.S. 576 (2008) (describing the streamlined and expedited treatment and review of motions to confirm arbitration awards under the FAA).

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

a) The Amended Petition for Confirmation of Arbitration Award, ECF No. 44, is **GRANTED**.

b) The Award issued on September 8, 2025, is **CONFIRMED** and recognized as valid and binding.

c) Final judgment on the Amended Petition for Confirmation of Arbitration Award is **ENTERED** in favor of Petitioner Emblem Solutions, LLC and against Respondent FIH (Hong Kong) Limited in the principal amount of $8,454,497.00 as specified in the Award, plus fees and costs in the amount of $854,922.81 as determined in the Award, for a total sum of $9,309,419.81, plus post-judgment interest at the rate of 8.5% per annum, accruing from the date of November 18, 2024, as specified in the Award, through payment of the Award as hereby confirmed.

**SO ORDERED.**

SIGNED December 1, 2025.

*Karen Gren Scholer*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**